/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Email: mail@ch13bk.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL A. CRAWFORD<br>STACIE A. CRAWFORD<br><br>20117 EAST CHESTNUT DRIVE<br>QUEEN CREEK, AZ 85142<br><br>Debtors. | Chapter 13<br><br>Case No. 2-20-bk-03288 EPB<br><br>**TRUSTEE'S 2022 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |

This is an annual report of receipts (plan payments by the Debtors) for up to two years and all disbursements (payments) by the Trustee to creditors. **Debtors may view their case information through the National Data Center; sign up at www.ndc.org.** If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If the Debtors. have a question about the data shown, then send an email to mail@ch13bk.com.

### Dates
Petton Date : 3/26/2020
Plan Payment Start Date: 4/25/2020
Plan Confirmed On: 2/8/2022
Last Payment Received: 7/12/2022
Last Disbursement Date: 6/29/2022

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---|---|---|---|
| 600.00 | 1 | through | 18 |
| 725.00 | 19 | through | 59 |
| 19,650.00 | 60 | through | 60 |

### Tax Returns & Refunds
If the Debtors are required by the plan or order confirming plan to provide state and federal income tax returns, tax refunds, or both, to the Trustee but have not done so, then the Trustee is requesting that the Debtors send the return(s) to to his or her attorney who will get the returns to the Trustee.

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a cashier's check or money order payment not shown below, provide the Trustee with a copy of the front and back of the cashier's check or money order. Plan payments can be made online through *www.tfsbillpay.com* **or** *app.courtcompass.com*.

As of 7/21/2022:
The total amount of plan payments received: $19,533.66
The amount of trustee fee taken on receipts: $1,300.55
Amount of Undistributed Funds: $670.63

Plan payments are current.

***Showing receipts posted January 1, 2021, through June 30, 2022.***

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/7/22 | TFS | 725.00 | 5/9/22 | TFS | 725.00 | 3/30/22 | TFS | 725.00 |
| 3/10/22 | TFS | 725.00 | 3/2/22 | TFS | 200.00 | 2/7/22 | TFS | 725.00 |
| 1/10/22 | TFS | 725.00 | 12/13/21 | TFS | 725.00 | 11/2/21 | TFS | 725.00 |
| 9/27/21 | TFS | 725.00 | 8/30/21 | TFS | 725.00 | 7/26/21 | TFS | 725.00 |
| 7/9/21 | TFS | 725.00 | 6/11/21 | TFS | 125.00 | 5/3/21 | TFS | 725.00 |
| 3/9/21 | TFS | 725.00 | 2/2/21 | TFS | 725.00 | 1/5/21 | TFS | 600.00 |

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court confirmed a Plan on 2/8/2022. The Trustee's last disbursement was on 6/29/2022. The amount paid by the Trustee on claims and debts to date is $18,863.03. The amount of Trustee's statutory percentage fee paid is $1,300.55.

| Pmt Seq | Court/ Trustee Claim No. | Status | Creditor Name | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | | |
| | | W | KENNETH L. NEELEY | | L | | 2,810.00 | 0.00 | | 0.00 | 0.00 | 2,810.00 |
| | | | CHRISTOPHER J. DUTKIEWICZ | 2/23/22 | L | | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 |
| 21 | | | | | | | | | | | | |
| | 002 | | SPECIALIZED LOAN SERVICING LLC | 2/23/22 | S | M | 10.82 | 10.82 | | 0.00 | 10.82 | 0.00 |
| 24 | | | | | | | | | | | | |
| | 004 | | WELLS FARGO DEALER SERVICES | 6/29/22 | S | V | 21,540.10 | 14,251.75 | 5.25 | 2,299.91 | 16,551.66 | 7,288.35 |
| 25 | | | | | | | | | | | | |
| | 001 | | ARIZONA DEPARTMENT OF REVENUE | | P | | 318.89 | 0.00 | | 0.00 | 0.00 | 318.89 |
| | 003 | | IRS | | P | | 274.02 | 0.00 | | 0.00 | 0.00 | 274.02 |
| | 003 | O | IRS | | P | | 935.48 | 0.00 | | 0.00 | 0.00 | 935.48 |
| 33 | | | | | | | | | | | | |
| | 003 | | IRS | | U | | 4.73 | 0.00 | | 0.00 | 0.00 | 4.73 |
| | 005 | | BECKETT & LEE LLP | | U | | 775.44 | 0.00 | | 0.00 | 0.00 | 775.44 |
| | 006 | | WELLS FARGO CARD SERVICES | | U | | 22,774.79 | 0.00 | | 0.00 | 0.00 | 22,774.79 |
| 34 | *Trustee anticipates making no payment or no further payment on these debts:* | | | | | | | | | | | |
| | 002 | D | SPECIALIZED LOAN SERVICING LLC | | S | F | 450.00 | 0.00 | | 0.00 | 0.00 | 450.00 |

Explanation of claim codes:

(1) Pmt Seq.: A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to creditor.
(2) Status: "D" = Debtor paying direct; "L"= disallowed; "M" = stay lifted; "W" = creditor has withdrawn its claim; "X" = debtor surrendered.
(3) Claim Class: "C" = payment by Trustee; "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured.
(4) Claim Type: "A" = prepetition arrears; "E" = expense claim; "F" = 3002.1 expense; "K" = DSO; "M" = mortgage; "P" = personal property; "S" = student loan; "V" = vehicle.

*In re CRAWFORD*          *Case No. 2-20-bk-03288-EPB*

If the Trustee has an email address for the Debtors, then the Trustee sent the Annual Report by email. If the email was bounced back or the Trustee has no email address for the Debtors, the Trustee sent a paper copy to the address appearing in the caption on the first page, and to any separate mailing address for the joint debtor, if the Trustee has that information.